CARTEL CAPITAL CORP. v. FIRECO OF NEW JERSEY.

October 24, 1978. Petition for certification granted. (See 161 *N. J. Super.* 301)

CARTEL CAPITAL CORP. v. FIRECO OF NEW JERSEY.

October 24, 1978. Cross-petition for certification granted. (See 161 *N. J. Super.* 301)

STATE OF NEW JERSEY v. ERNEST TOMAINI.

October 24, 1978. Petition for certification denied.

ALEX PANAGOS v. MICHAEL KUMARAS.

October 24, 1978. Petition for certification denied.

WILLIE MILINER v. DAVE SCOTT.

October 24, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HAIRSTON.

October 24, 1978. Petition for certification denied.